# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD BERGMAN, et al., | ) | 3:13-cv-00249-LRH-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 11, 2013 |
| | ) | |
| MICHAEL WHAN, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER:  <u>NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed the stipulation (Doc. # 28) of the parties concerning the Plaintiffs' Objection and Motion to Quash (Doc. # 27).  Inasmuch as it appears that the parties have resolved their differences, Plaintiff's motion (Doc. # 27) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: <u>          /s/                             </u>
           Deputy Clerk