# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD BERGMAN, et al., | ) | 3:13-cv-00249-LRH-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 11, 2013 |
| MICHAEL WHAN, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    The court has reviewed the stipulation (Doc. # 28) of the parties concerning the Plaintiffs' Objection and Motion to Quash (Doc. # 27). Inasmuch as it appears that the parties have resolved their differences, Plaintiff's motion (Doc. # 27) is **DENIED as moot.**

    IT IS SO ORDERED.

                                                                              LANCE S. WILSON, CLERK

                                                                              By:        /s/
                                                                                     Deputy Clerk